**UNITED STATES DISRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONDOLPH HO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAVARA INC., MATTHEW PAULS, and DAVID LOWRANCE,<br><br>Defendants. | Case No. 2:25-cv-05147 |

**JOINT MOTION TO APPROVE STIPULATION TO STAY PROCEEDINGS**

On September 8, 2025, Plaintiff Rondolph Ho filed a complaint (the "Complaint") (Dkt. No. 1) against Defendants Savara Inc., Matthew Pauls, and David Lowrance (collectively, "Defendants") for alleged violations of Section 10(b) and Section 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. Accordingly, the above-captioned action (the "Action") is governed by the Private Securities Litigation Reform Act of 1995, which provides, among other things, that the Court appoint a Lead Plaintiff and Lead Plaintiff's Counsel to pursue the claims. The parties jointly request that all matters be stayed until the Court appoints a Lead Plaintiff and Lead Plaintiff's Counsel. The parties also jointly request that the Court enter an order providing that within 14 days after the appointment of Lead Plaintiff, Defendants and Lead Plaintiffs' Counsel will confer and submit a proposed schedule for the filing of an amended complaint and briefing deadlines for Defendants' anticipated motion to dismiss.

In connection with filing the instant Joint Motion to Approve Stipulation to Stay Proceedings, the undersigned counsel for Defendants represent that they are authorized to, and hereby do, waive service of the summons and the Complaint (Dkt. No. 1) in this Action on behalf

of all Defendants, without prejudice to or waiver of any of Defendants' defenses, objections, or arguments, except as to sufficiency of service of process

Date:

| | |
|---|---|
| */s/ Emily C. Finestone* | */s/ Amy L. Adovasio* |

| | |
|---|---|
| **POMERANTZ LLP** | **KING & SPALDING LLP** |
| Emily C. Finestone (SBN 323709) | Amy L. Adovasio |
| Jeremy A. Lieberman | 1700 Pennsylvania Avenue, NW |
| (*pro hac vice* application forthcoming) | Suite 900 |
| J. Alexander Hood II | Washington, D.C. 20006 |
| (*pro hac vice* application forthcoming) | Telephone: (202) 737-0500 |
| 600 Third Avenue, 20th Floor | Facsimile: (202) 626-3737 |
| New York, New York 10016 | aadovasio@kslaw.com |
| Telephone: (212) 661-1100 | |
| Facsimile: (212) 463-1044 | Paul R. Bessette |
| efinestone@pomlaw.com | (*pro hac vice* application forthcoming) |
| jalieberman@pomlaw.com | Michael J. Biles |
| ahood@pomlaw.com | (*pro hac vice* application forthcoming) |
| | Texas Bar No. 24008578 |
| *Attorneys for Plaintiff Rondolph Ho* | 500 W. 2nd Street, Suite 1800 |
| | Austin, TX  78701 |
| | Telephone: (512) 457-2000 |
| | Facsimile: (512) 457-2100 |
| | pbessette@kslaw.com |
| | mbiles@kslaw.com |
| | |
| | *Counsel for Defendants Savara Inc., Matthew Pauls, and David Lowrance* |

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and make the document available for viewing and downloading from the CM/ECF system.

*/s/ Amy L. Adovasio*
Amy L. Adovasio