**UNITED STATES DISRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

RONDOLPH HO, individually and on behalf
of all others similarly situated,

       Plaintiff,

v.

SAVARA INC., MATTHEW PAULS, and
DAVID LOWRANCE,

       Defendants.

Case No. 2:25-cv-05147

**[PROPOSED] ORDER GRANTING JOINT MOTION TO
APPROVE STIPULATION TO STAY PROCEEDINGS**

The Court grants the parties' Joint Motion to Approve Stipulation to Stay Proceedings. Within 14 days after the Court appoints Lead Plaintiff, counsel for Defendants and Lead Plaintiff's Counsel shall confer and submit a proposed schedule for the filing of an amended complaint and briefing schedule for Defendants' anticipated motion to dismiss.

DATED: _____, 2025

            _____
            Karen Spencer Marston
            United States District Judge