### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RANDOLPH HO**, *Individually and on Behalf of All Others Similarly Situated*<br><br>        Plaintiff,<br><br>        *v.*<br><br>**SAVARA INC., et al.,**<br><br>        Defendants. | **CIVIL ACTION**<br><br>**NO. 25-cv-5147-KSM** |

### <u>ORDER</u>

**AND NOW**, this 31st day of October, 2025, upon consideration of Plaintiff and Defendants' Joint Motion to Approve Stipulation to Stay Proceedings (Doc. No. 4), it is **ORDERED** that the Joint Motion is **DENIED WITHOUT PREJUDICE**. This request is premature. To date, Plaintiff has not provided the Court with a date that Plaintiff provided "early notice to class members", as required by 15 U.S.C. § 78u-4(a)(3)(A)(i).[1] It is **ORDERED** that Plaintiff will provide the Court with the date of publication of the notice by **Monday, November 3, 2025.**

        **IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] 15 U.S.C. § 78u-4(a)(3)(A)(i) provides that "Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class-- (I) of the pendency of the action, the claims asserted therein, and the purported class period; and (II) that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class."