# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| RONDOLPH HO, Individually and on behalf of all others similarly situated, | Case No.  2:25-cv-05147-KSM |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL** |
| v. |  |
| SAVARA INC., MATTHEW PAULS, and DAVID LOWRANCE, |  |
| Defendants. |  |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), (together, "Co-Lead Plaintiffs Terry Litt and Mark Rutherford appointed as Co-Lead Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), hereby voluntarily dismiss this action without prejudice as to all defendants. As grounds therefore, Co-Lead Plaintiffs state that: (1) no defendant has filed or served either an answer, a motion for summary judgment, or a motion to dismiss; and (2) a class has not been certified in this action.

Dated: February 6, 2026            Respectfully submitted,

**POMERANTZ LLP**

*s/ Samantha Daniels*
Samantha Daniels (pro hac vice)
Emily C. Finestone (SBN 323709)
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

Facsimile: (917) 463-1044
efinestone@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Terry Litt and Mark Rutherford and*
*Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants. The foregoing is available for viewing and downloading from the CM/ECF system.

Dated: February 6, 2026

*s/ Samantha Daniels*
Samantha Daniels