## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONDOLPH HO, et al,** | **CIVIL ACTION** |
| Plaintiffs, | |
| *v.* | **NO. 25-5147-KSM** |
| **SAVARA INC., et al.,** | |
| Defendants. | |

## ORDER

**AND NOW**, this 10th day of February 2026, the plaintiff having informed the Court that they have voluntarily dismissed this matter as to all defendants without prejudice (Doc. No. 23); accordingly, it is hereby **ORDERED** as follows:

1.      This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.[1]

2.      The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] Rule 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." Fed. R. Civ. P. 41(a)(2).